UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PINK GOOSE (CAYMAN) LTD.,

            Plaintiff,

- against -

SUNWAY TRADERS LLC,
SUNWAY GROUP, SUNWAY TRADING GROUP LTD.,
SUNWAY GROUP INTERNATIONAL HOLDINGS,
SUNWAY GROUP IMPORT, SUNWAY LOGISTICS,
and LINTON EQUITIES B.V.I.,

           Defendants.
------------------------------------------------------------------X

08 CV _____

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-17-08

**ORDER APPOINTING SPECIAL PROCESS
SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Charles E Murphy, sworn to on March 6, 2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson, Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on account of, defendants.

Dated: New York, NY
       March 17, 2008

                                                  _____
                                                  U.S.D.J.