```
┌─────────────────────────────┐
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 4/15/08         │
└─────────────────────────────┘
```

# RICHARD A. ZIMMERMAN
## ATTORNEY AT LAW

SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

TELEPHONE (212) 962 1818         E MAIL: zimmny@attglobal.net
TELEFAX: (240) 218 6456          WEB: richardzimmerman.com

April 14, 2008

VIA FACSIMILE: 212-805-7901                    Total Pages: 2
The Hon. Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

      Re:    PINK GOOSE (CAYMAN) LTD. v. SUNWAY TRADERS LLC, et al,
             08 CV 02351 (HB)

Dear Judge Baer:

      We represent Sunway-Group Company Ltd, (Russia), a party not named as a defendant in this action, whose property, in the amount of approximately One Million Dollars, has been restrained at various banks in New York, by virtue of the Process of Maritime Attachment & Garnishment issued in the above captioned action.

      We hereby respectfully request a prompt hearing at which the plaintiff should be required to show why the arrest or attachment should not be vacated, in accordance with Rule E (4) (f) of the Supplemental Rules for Admiralty or Maritime Claims.

      Please contact the undersigned at telephone (212) 619-1919, or facsimile (212) 214-0311 (my direct lines) to advise us when the Court will be able to schedule this hearing.

      This facsimile is being simultaneously transmitted to Plaintiff's attorneys. No hard copy will follow.

      We thank the Court for its courtesy and cooperation in this matter.

Respectfully submitted,

[signature]

Patrick C. Crilley (PC 9057)
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@rcn.com


Cc:   Nancy R. Peterson, Esq.
      Charles E. Murray, Esq.
      LENNON, MURPHY & LENNON, LLC
      Attorneys for Plaintiff
      The Gray Bar Building
      420 Lexington Avenue, Suite 300
      New York, NY 10170
      (Via Facsimile: (212) 490-6070)

*[Handwritten note from judge]: I am glad to have a hearing next week — you arrange for lawyers & defendants to get to my chambers — its chambers by next Friday April 25 & a hearing will follow on Tuesday April 29 at 11 AM in courtroom 23B*

SO ORDERED:

[signature]
Harold Baer, Jr., U.S.D.J.
4/15/08

2

Endorsement:

    I'm glad to have a hearing next week you arrange for papers from you and adversary to be in Chambers by next Friday, April 25 and a hearing will follow on Tuesday, April 29 at 11 AM in Courtroom 23B.