
Case 1:08-cv-02351-HB   Document 7   Filed 04/25/2008   Page 1 of 3

# RICHARD A. ZIMMERMAN
### ATTORNEY AT LAW

SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

TELEPHONE (212) 962 1818  E MAIL: zimmny@attglobal.net
TELEFAX: (240) 218 6456  WEB: richardzimmerman.com

April 24, 2008

VIA FACSIMILE: 212-805-7901  Total Pages: 2
The Hon. Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: PINK GOOSE (CAYMAN) LTD. v. SUNWAY TRADERS LLC, et al,
08 CV 02351 (HB)

Dear Judge Baer:

We represent defendant Sunway-Group Co. Ltd in this matter. We write with respect to the Court's Order on Endorsed Letter dated April 15, 2008 setting down an expedited briefing schedule with papers due from both sides on Friday April 25th and a hearing set Tuesday April 29th at 11:00 AM.

Having conferred with our colleagues at Lennon, Murphy & Lennon, counsel for the plaintiff in this matter, it is our jointly held belief that the expedited briefing schedule does not provide the parties with enough time to properly present the fair arguments of both sides of this case. In the interest of justice and in order to put fully reasoned and properly supported argument before the Court, the parties have agreed to respectfully request that the Court modify the expedited briefing schedule and adjourn the April 29th hearing date, substituting the following schedule for same:

1) Sunway-Group Co. Ltd. to serve its papers in support of a motion to vacate on or before Friday May 2nd, 2008;

2) Pink Goose (Cayman) Ltd. to serve its papers in opposition on or before Friday May 9th, 2008;

3) Sunway-Group Co. Ltd. to serve its reply papers on or before Friday May 16th, 2008;

4) The Court to schedule a hearing of the matter for oral argument during the week commencing Monday May 19th, 2008 on a date and at a time convenient for the Court.

This request is made on consent. No previous adjournments have been requested on this matter to date.

This facsimile is being simultaneously transmitted to Plaintiff's attorneys. No hard copy will follow.

We thank the Court for its courtesy and cooperation in this matter.

Respectfully submitted,

Patrick C. Crilley (PC 9057)
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@rcn.com

Cc:  Anne C. Levasseur, Esq.
     Nancy R. Peterson, Esq.
     Charles E. Murray, Esq.
     LENNON, MURPHY & LENNON, LLC
     Attorneys for Plaintiff
     The Gray Bar Building
     420 Lexington Avenue, Suite 300
     New York, NY 10170
     (Via Facsimile: (212) 490-6070)

[Handwritten note from judge, partially legible: "wherever the expression 'hurry up' story originated you must have had both had made — I have this schedule of request a 'prompt' hearing glad to accommodate your more laid back manner + approve this schedule / Try to keep to it — O/A on May 22 at 12:30 PM"]

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 4/24/08

2

Endorsement:

Wherever the expression "hurry up stop" originated you must have both been there - I (have) had made this schedule at your request for a "prompt hearing." I'm glad to accommodate your more laid back manner and approve this schedule. Try to keep to it!! O/A at 12:30 p.m. on May 22.