UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PINK GOOSE, (CAYMAN) LTD.,

              Plaintiff,

         -against-

SUNWAY TRADERS LLC,
SUNWAY GROUP, SUNWAY TRADING
GROUP LTD., SUNWAY GROUP
INTERNATIONAL HOLDINGS,
SUNWAY GROUP IMPORT, SUNWAY
LOGISTICS, and LINTON EQUITIES B.V.I.,

              Defendants.
-----------------------------------------------------------x

ECF CASE

08 Civ. 02351 (HB)

NOTICE OF
APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my limited appearance in accordance with Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure as counsel in this case for defendant Sunway-Group Co. Ltd.

    I certify that I am admitted to practice in this court

Dated: May 2, 2008
       New York, NY

Respectfully submitted,

_____
Patrick C. Crilley (PC 9057)
Of Counsel to
Richard A. Zimmerman (RZ 0963)
Attorney for Defendant
Sunway-Group Co. Ltd.
233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919