Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PINK GOOSE, (CAYMAN) LTD.,

                Plaintiff,

      -against-

SUNWAY TRADERS LLC,
SUNWAY GROUP, SUNWAY TRADING
GROUP LTD., SUNWAY GROUP
INTERNATIONAL HOLDINGS,
SUNWAY GROUP IMPORT, SUNWAY
LOGISTICS, and LINTON EQUITIES B.V.I.,

                Defendants.
-----------------------------------------------------------x

ECF CASE

08 Civ. 02351 (HB)

### NOTICE OF MOTION
### TO VACATE MARITIME ATTACHMENT

Upon the annexed Declarations of Anthony Robert Swinnerton, the accompanying Memorandum of Law and the pleadings and proceedings heretofore had herein, Defendant Sunway-Group Co. Ltd. will move this Court before the Honorable Harold Baer, United States Courthouse, 500 Pearl Street, Courtroom 23B, New York, New York on the 22nd day of May, 2008 at 12:30 in the p.m., or as soon thereafter as the parties can be heard, for an Order pursuant

to Supplemental Rules E(4)(f) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating the Ex Parte Attachment Order dated March 6, 2008.

Opposition papers shall be due by May 9th, 2008; Reply papers shall be due by May 16th, 2008.

Dated: May 2, 2008
       New York, NY

                                      Respectfully submitted,

                                      Patrick C. Crilley (PC 9057)
                                      Of Counsel to
                                      Richard A. Zimmerman (RZ 0963)
                                      Attorney for Defendant
                                      Sunway-Group Co. Ltd.
                                      233 Broadway – Suite 2202
                                      New York, NY 10279
                                      (212) 619-1919

To:    Charles E. Murphy, Esq.
        Nancy R. Peterson, Esq.
        Anne C. LeVasseur
        LENNON, MURPHY & LENNON, LLC
        The Graybar Building
        420 Lexington Avenue, Suite 300
        New York, NY 10170
        (212) 490-6050