UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PINK GOOSE, (CAYMAN) LTD.,

          Plaintiff,

-against-

SUNWAY TRADERS LLC,
SUNWAY GROUP, SUNWAY TRADING
GROUP LTD., SUNWAY GROUP
INTERNATIONAL HOLDINGS,
SUNWAY GROUP IMPORT, SUNWAY
LOGISTICS, and LINTON EQUITIES B.V.I.,

          Defendants.
----------------------------------------------------------x

ECF CASE

08 Civ. 02351 (HB)

### F.R.C.P. RULE 44.1 NOTICE
### OF DETERMINING FOREIGN LAW

      Please take notice, that Defendant Sunway-Group Co. Ltd. intends to raise an issue about a foreign country's law, specifically the law of England, which Defendant will establish through the Declarations of Anthony Robert Swinnerton, an English solicitor of the Supreme Court admitted as a solicitor in 1973 and a partner at the firm of Swinnerton Moore.

Dated: May 2, 2008
       New York, NY

                                      Respectfully submitted,

                                      Patrick C. Crilley (PC 9057)
                                      Of Counsel to
                                      Richard A. Zimmerman (RZ 0963)
                                      Attorney for Defendant
                                      Sunway-Group Co. Ltd.

233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919

To:   Charles E. Murphy, Esq.
Nancy R. Peterson, Esq.
Anne C. LeVasseur
LENNON, MURPHY & LENNON, LLC
The Graybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050