DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

Case 1:08-cv-02351-HB   Document 17   Filed 05/14/2008   Page 1 of 3

MAY 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

# RICHARD A. ZIMMERMAN
## ATTORNEY AT LAW

SUITE 2202
233 BROADWAY
NEW YORK, NEW YORK 10279

TELEPHONE (212) 962 1818          E MAIL: zimmny@attglobal.net
TELEFAX: (240) 218 6456           WEB: richardzimmerman.com

May 14, 2008

VIA FACSIMILE: 212-805-7901                    Total Pages: 2
The Hon. Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

   Re: PINK GOOSE (CAYMAN) LTD. v. SUNWAY TRADERS LLC, et al,
     08 CV 02351 (HB)

Dear Judge Baer:

  We represent defendant Sunway-Group Co. Ltd in this matter. We write to respectfully request the Court's consent to a short extension to the schedule set down in the Court's Endorsed Memo Order of April 24th, 2008.

  At present, Sunway-Group Co. Ltd.'s reply papers are due on Friday May 16th, 2008. We request that the date for same be extended four business days to Thursday May 22nd, 2008. Further, we respectfully request that oral argument be rescheduled for a day convenient to the Court among the dates Wednesday May 28th – Friday May 30th, 2008.

  Our colleagues at Lennon, Murphy & Lennon, counsel for the Plaintiff, have consented to this extension. Only one previous extension of the briefing schedule has been granted, which extension was also on consent of the parties.

  This facsimile is being simultaneously transmitted to Plaintiff's attorneys. No hard copy will follow.

  We thank the Court for its courtesy and cooperation in this matter.

Respectfully submitted,

*[signature]*

Patrick C. Crilley (PC 9057)
Of Counsel
Direct Phone (212) 619-1919
Direct Fax (212) 214-0311
Email: lawyerny@rcn.com

Cc:  Anne C. Levasseur, Esq.
     Nancy R. Peterson, Esq.
     Charles E. Murray, Esq.
     LENNON, MURPHY & LENNON, LLC
     Attorneys for Plaintiff
     The Gray Bar Building
     420 Lexington Avenue, Suite 300
     New York, NY 10170
     (Via Facsimile: (212) 490-6070)

*[Handwritten note: Application to adjourn reply DENIED on Friday May 23 at 10 AM]*

*[signature]*
Harold Baer, Jr., U.S.D.J.
Date: 5/14/08

2

Endorsement:

    Application to adjourn reply - DENIED oral argument Friday, May 23 at 10 AM.